Bradford C Floyd (State Bar #136459)
Carlton D. Floyd (State Bar #275958)
Law Office of Bradford C Floyd
819 Seventh Street
Eureka, California 95501
Telephone: (707) 445-9754
Facsimile: (707) 445-5915
E-mail: bcfloyd@floydlawfirm.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY APRIL LOFTIS,<br><br>     Plaintiff,<br><br>v.<br><br>MARKEL INSURANCE COMPANY, et al.,<br><br>     Defendant. | Case no. C 11-03842 NJV<br><br>**STIPULATION OF DISMISSAL** |

The parties hereto, by and through their respective counsel, stipulate as follows:

1. WENDY APRIL LOFTIS, Plaintiff herein, dismisses the above-entitled action in its entirety, without prejudice.

2. MARKEL INSURANCE COMPANY, a corporation, MARKEL AMERICAN INSURANCE COMPANY, a corporation, EVANSTON INSURANCE COMPANY, and THE BURLINGTON INSURANCE COMPANY, erroneously sued herein as BURLINTON INSURANCE GROUP, INC hereby agree to waive all costs, conditioned upon plaintiff's representations that she will not re-file suit against any of the defendants.

3. MARKEL INSURANCE COMPANY, a corporation, MARKEL AMERICAN INSURANCE COMPANY, a corporation, EVANSTON INSURANCE COMPANY THE BURLINGTON INSURANCE COMPANY, erroneously sued herein as BURLINTON INSURANCE GROUP, INC., hereby agree to dismiss any counter-claims they may have against

**STIPULATION OF DISMISSAL**

<pre>
```
```
</pre>

plaintiff, WENDY APRIL LOFTIS, without prejudice.

                                          LAW OFFICE OF BRADFORD C FLOYD

Dated: 1-27, 2012  By: /s/ Bradford C. ~~Carlton D.~~ Floyd
                                          Attorneys for Plaintiff,
                                          WENDY APRIL LOFTIS

                                          MECKLER, BULGER, TILSON
                                          MARICK & PEARSON LLP

Dated: Jan 10, 2012  By: /s/ Helen McFarland
                                          Helen McFarland
                                          Attorneys for Defendants
                                          MARKEL AMERICAN INSURANCE
                                          COMPANY, a corporation, and
                                          EVANSTON INSURANCE COMPANY

                                          MORISON HOLDEN & PROUGH LLP

Dated: Jan. 23, 2012  By: /s/ Philip D. Witte
                                          Philip D. Witte
                                          Attorney for Defendants
                                          THE BURLINGTON INSURANCE
                                          COMPANY, erroneously sued herein as
                                          BURLINTON INSURANCE GROUP, INC.

Signed: January 30, 2012

**IT IS SO ORDERED**
/s/ Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL                      - 2 -